**Order entered December 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01031-CV

**DON WRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-12124**

## ORDER

By letter filed December 6, 2018, court reporter Francheska Duffey informed the Court that appellant has not requested the reporter's record. Having previously cautioned appellant that we would submit the appeal without the reporter's record if we received verification he had not requested it, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than January 14, 2018.

/s/ DAVID EVANS
   JUSTICE